**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Bishop & Diehl, Ltd.
                              Plaintiff,

v.                                                   Case No.: 1:25−cv−05395
                                                     Honorable John F. Kness

Nicholas Lee, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2025:

MINUTE entry before the Honorable John F. Kness: In−person motion hearing held on 9/4/2025. As discussed on the record, Plaintiff's motion for temporary restraining order [25] is granted in part. Enter separate temporary restraining order. For the reasons provided by Plaintiff, Plaintiff's motion for service via email [23] is granted. Plaintiff is directed to file a proof of service on the docket. Defendant Zhang Heng shall answer or otherwise respond to Plaintiff's complaint on or before 10/10/2025. The matter is set for a status hearing in conjunction with the previously scheduled motion hearing for 10/7/2025 at 10:00 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.