IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BISHOP & DIEHL, LTD., *an Illinois corporation formerly doing business as* BISHOP DIEHL & LEE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS LEE and ZHANG HENG, <br><br> Defendants. | No. 25-cv-05395 <br><br> Judge John F. Kness |

**TEMPORARY RESTRAINING ORDER**

Plaintiff BISHOP & DIEHL, Ltd.'s motion seeking a temporary restraining order and other relief is granted in part. Accordingly, it is ORDERED that:

1. Defendant Zhang Heng and his agents, servants, employees, attorneys, and all persons acting for, through, under, or at the direction of them, including any employees or agents of Lianyungang West Cross Border E-Commerce Service Co., Ltd. d/b/a Weisite, are temporarily enjoined and restrained from:

   a. Using any name, mailing address, phone number, fax number, email address, website, or other contact information associated with Plaintiff, including (without limitation): "Bishop & Diehl, Ltd."; "Bishop Diehl & Lee, Ltd." "BDL"; "1475 E. Woodfield Road, Schaumburg, IL 60173"; "847-969-9123"; "847-969-9124"; www.bishoppatents.com; www.bdl-iplaw.com; and any colorable imitations of the foregoing;

2

        b.    Using any attorney registration number assigned to any past or current attorneys of Plaintiff, including (without limitation) registration numbers assigned by the Supreme Court of Illinois and the United States Patent and Trademark Office; and

        c.    Issuing any letters, opinions, pleadings, or filings in any court proceeding, administrative hearing, or private dispute resolution proceeding (including Amazon "APEX" proceedings) using any of the contact information prohibited under subparagraph (a), the attorney registration numbers prohibited under subparagraph (b), or otherwise asserting or implying an association between Defendant Zhang and Plaintiff.

    2.    Plaintiff need not give any security for this order.

SO ORDERED in No. 25-cv-05395.

Date: September 5, 2025

                                      JOHN F. KNESS
                                      United States District Judge