**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BISHOP & DIEHL, LTD (f/d/b/a BISHOP, DIEHL & LEE, LTD), an Illinois corporation | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 25-cv-05395 |
| NICHOLAS LEE and ZHANG HENG (a/k/a HENRY RICH or WEISITE) | ) ) ) ) ) | Judge John F. Kness |
| Defendants. | ) | |

## <u>MOTION TO WITHDRAW</u>

NOW COMES Jeffrey Drake, of the law firm Litwin Kach, and respectfully moves this Court for leave to withdraw as counsel for Zhang Heng in the above-captioned matter. In support of this Motion, counsel states as follows:

1.  Counsel was retained to represent Mr. Zhang Heng in this action on or about August 18, 2025.

2.  Grounds for withdrawal are permitted under Illinois Rules of Professional Conduct Rule 1.16(b), which permits an attorney to withdraw under certain circumstances.

3.  Counsel and Litwin Kach have developed irreconcilable differences regarding the handling of this litigation. These differences have led to a breakdown in the attorney-client relationship, making it impossible for counsel to continue to provide effective representation.

4.  Counsel has provided Mr. Heng with reasonable written notice of the intent to withdraw and has advised him of the need to obtain new counsel.

5.  This case is in its early stages. The Answer in this matter was only recently filed and there is currently no scheduling order in place. Thus, any delay in obtaining new counsel will not impact the progression of this matter.

6.  Counsel will cooperate with any new counsel and take all reasonable steps to protect the client's

interests and mitigate any potential prejudice caused by this withdrawal, including ensuring a smooth transition of the case file.

7. A Notification of Party Contact Information is submitted herewith.

8. This Motion is made in good faith and not for the purpose of delaying proceedings.

**WHEREFORE**, counsel respectfully requests that this Court enter an order granting its Motion to Withdraw as Counsel for Mr. Zhang Heng.

Respectfully submitted,

By: /s/ Jeffrey M. Drake
Jeffrey M. Drake
Litwin Kach LLP
401 N. Michigan Ave, Suite 1200
Chicago, Illinois 60611
(312) 971-4085
jeffrey@litwinkach.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the Motion to Withdraw was served upon Mr. Zhang Heng via email to henry@weisite.com on November 3, 2025.


By: /s/ Jeffrey M Drake

06/12/15

## United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 25-cv-05395

**Case Title**: Bishop & Diehl, Ltd v. Nicholas Lee & Zhang Heng

**Judge**: John F. Kness

**Name of Attorney submitting the motion to withdraw**:

Jeffrey M Drake

**Name of Client**:

Zhang Heng

**Mailing address of Client**: See below.

**City:**                                    **State:**

**Zip:**                            **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

Date: _NOV. 3, 2025_

Room 4-3, Jierui Technology Industrial Park, No. 42, Hailian East Road, Lianyungang City, Jiangsu Province, China