**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Bishop & Diehl, Ltd.
                          Plaintiff,

v.                                           Case No.: 1:25−cv−05395
                                                                  Honorable John F. Kness

Nicholas Lee, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 24, 2025:

      MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 11/24/2025. Defendant Zhang Heng (a/k/a Heny Rich or Weisite) failed to file a response to counsel's motion to withdraw as detailed in the Court's order [59]. For the reasons stated on the record, Attorney Jeffrey Drake's motion to withdraw [58] is granted. Counsel for Plaintiff updated the Court on the status of the case. A continued in−person status hearing is set for 12/16/2025 at 9:30 A.M. Defendant Heng (a/k/a Heny Rich or Weisite) is directed to be present either in−person or represented by counsel. If Defendant Heng fails to appear, the Court may find Defendant in default. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.