IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BISHOP DIEHL, LTD (f/d/b/a BISHOP, DIEHL & LEE, LTD), an Illinois corporation<br><br>Plaintiff,<br>v.<br><br>NICHOLAS LEE and ZHANG HENG (a/k/a HENRY RICH or WEISITE),<br><br>Defendants. | Case No. 1:25-cv-05395<br><br>Honorable John F. Kness<br><br>Magistrate Judge Heather K. McShain |

**PROPOSED BRIEFING SCHEDULE ON DEFENDANT ZHANG HENG'S MOTION TO STAY PROCEEDINGS PROPOSED BRIEFING SCHEDULE**

Pursuant to the Honorable John F. Kness' Motions Policy, the parties have agreed to the following proposed briefing schedule on Defendant Zhang Heng's Motion to Stay Proceedings:

- Plaintiff's response due on or before January 5, 2026
- Defendant Zhang Heng's reply, if any, due on or before January 12, 2026.

Dated: December 15, 2025

Respectfully submitted,

*/s/Anthony J. Biller*
Anthony J. Biller*
Sophia M. Vouvalis*
Envisage Law
P.O. Box 30099
Raleigh, North Carolina 27622
Phone: (919) 268-8998
Facsimile: (984) 212-5164
ajbiller@envisage.law
svouvalis@envisage.law

*Attorneys for Defendant Zhang Heng*

**pro hac vice* application pending

1

2

/s/ Ramses Jalalpour
Ramses Jalalpour
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
Phone: (312) 372-0770
Facsimile: (312) 372-9818
jalalpourr@jbltd.com

*Local Counsel*