## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Bishop & Diehl, Ltd.

                                Plaintiff,

v.

                      Case No.: 1:25−cv−05395

                      Honorable John F. Kness

Nicholas Lee, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 16, 2025:

      MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 12/16/2025. As discussed on the record, the Court adopts the briefing schedule on Defendant's motion to stay [65]. The briefing schedule filed as a motion [66] is terminated on the docket. Plaintiff's response shall be filed on or before 1/5/2026. Defendant's reply, if any, shall reply on or before 1/12/2026. In−person motion hearing set for 1/27/2026 at 10:00 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.