# Exhibit B



**BISHOP DIEHL & LEE** LTD

INTELLECTUAL PROPERTY LAW

| Date: | Please Pay: | Due Date |
|---|---|---|
| May 29, 2024 | $10,000.00 | ASAP |

**Bill To:**
002218 ██████████████████
Ltd., Shenzhen, China
████████ – Legal Director

| DATE: | ACTIVITY | QTY | RATE | AMT |
|---|---|---|---|---|
| | **002218 – ██████████████** | | | |
| | **Schedule A US Patent No.** ████████ | | | |
| 05/29/24 | **N. Lee** | | | $10,000.00 |
| | Schedule A preparation. – Nicholas Lee | | | |
| | **SUBTOTAL** | | | $10,000.00 |

PLEASE REMIT PAYMENT TO:
Bank Name: ████████████
Address: █████████████████████
SWIFT CODE: ████████
Account No.: ████████████
Wire: ██████████
Name: Nick Lee

TOTAL OF NEW CHARGES: **$10,000.00**

.  TOTAL DUE: **$10,000.00**

THANK YOU

1475 East Woodfield Road ■ Suite 800 ■ Schaumburg, IL  60173 ■ p 847.969.9123 ■ f 847.969.9124 ■ www.bdl-iplaw.com