# Exhibit B

BISHOP DIEHL & LEE LTD
INTELLECTUAL PROPERTY LAW

| Date: | Please Pay: | Due Date |
|---|---|---|
| May 29, 2024 | $10,000.00 | ASAP |

| Bill To: |
|---|
| 002218 [redacted] Ltd., Shenzhen, China<br>[redacted] – Legal Director |

| DATE: | ACTIVITY | QTY | RATE | AMT |
|---|---|---|---|---|
| | **002218 – [redacted]**<br>**Schedule A US Patent No. [redacted]** | | | |
| 05/29/24 | **N. Lee**<br>Schedule A preparation. – Nicholas Lee | | | $10,000.00 |
| | SUBTOTAL | | | $10,000.00 |

PLEASE REMIT PAYMENT TO:
Bank Name: [redacted]
Address: [redacted]
SWIFT CODE: [redacted]
Account No.: [redacted]
Wire: [redacted]
Name: Nick Lee

TOTAL OF NEW CHARGES: **$10,000.00**

TOTAL DUE: **$10,000.00**

THANK YOU