**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bishop & Diehl, Ltd.
Plaintiff,
v.
Nicholas Lee, et al.
Defendant.

Case No.: 1:25−cv−05395
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 2, 2026:

MINUTE entry before the Honorable John F. Kness: In view of the filing of a third amended complaint [117], Defendant Suzie Lee's motion to dismiss [108] the second amended complaint is dismissed as moot. In view of the hearing set for 10/29/2026, the hearing set for 10/8/2026 is stricken. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.