**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bishop & Diehl, Ltd.
Plaintiff,
v.
Nicholas Lee, et al.
Defendant.

Case No.: 1:25−cv−05395
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2026:

MINUTE entry before the Honorable Heather K. McShain: Before the Court is the parties' joint motion to reopen fact discovery for the limited purpose of conducting the depositions of Nicholas Lee, Suzie Lee, Edward Bishop, Robert Diehl and Zhang Heng. [134]. The motion further explains that: (1) "The depositions of Suzie Lee, Nicholas Lee, Edward Bishop, Robert Diehl will be taken before the arbitration scheduled for November 30, 2026, with sufficient time to obtain transcripts of these depositions before the arbitration[;]" and (2) "The deposition of Zhang Heng will be taken after the written arbitration decision has been issued in the related arbitration between Plaintiff and Nicholas Lee. Heng's deposition shall be taken via Zoom with a translator present for Heng should he need it, during business hours Central Standard Time. Heng will be physically present in Hong Kong for the deposition." For the reasons stated in the motion, the parties have demonstrated good cause and excusable neglect for reopening fact discovery. The parties' motion, [134] is granted and fact discovery is reopened for the limited purposes, and with the associated conditions, outlined above. Further joint status report due 11/20/2026 to update the Court on: (a) the progress of fact discovery; (b) the state of settlement discussions, if any; (c) the date by which the parties anticipate receiving a written arbitration decision; (d) whether expert discovery should take place pending the written arbitration decision; and (e) any other matters the parties believe should be brought to the Court's attention. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.